UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:
    GRETAG IMAGING, INC.                            Chapter 7

    Debtor                                          Case No. 03-40225-HJB

### TRUSTEE'S MOTION FOR ORDER AUTHORIZING AND APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

To the HONORABLE HENRY J. BOROFF, U.S. Bankruptcy Judge:

Now comes David W. Ostrander, Chapter 7 Trustee in the above captioned case ("Trustee"), by his counsel, and requests that the Court authorize him to sell the following assets of the Debtor to Aver Software Technologies Limited ("Aver") of Mumbai, India, for the purchase price of one hundred fifty thousand dollars ($150,000.00), free and clear of liens and encumbrances:

- Tangible and intangible assets of the former "Sienna Imaging" business, previously operated by the Debtor at a facility located in Englewood, Colorado, USA (hereafter the "Sienna Assets").

In support of this motion, the Trustee respectfully represents as follows:

1. The Debtor filed a Chapter 7 Voluntary Petition on January 13, 2003 (the "Petition Date").

2. David W. Ostrander, Esq. was appointed Chapter 7 Trustee and continues in that capacity.

3. The Meeting Of Creditors took place on February 20, 2003.

4. On January 22, 2003, the Trustee a Motion For Authority To Operate Business for the purpose of conducting an orderly liquidation of the Debtor's assets in order to maximize the return for creditors.

5. On February 12, 2003, the Court entered an "Agreed Order" on the Trustee's Motion For Authority To Operate Business which had been negotiated between the Trustee and Eastman Kodak Company ("Kodak") which claims to hold a perfected security interest in the Debtor's assets to secure an obligation owed in the amount of approximately $19 million dollars. Since that date, the Trustee, primarily with the assistance of the former president and chief financial officer of the Debtor, has taken steps to secure and sell assets of the Debtor, among other tasks.

6. Almost immediately after the Petition Date, the Trustee became extensively involved in this case, including the task of vacating the business premises of the Debtor's "Sienna" facility in Englewood, Colorado, a suburb of Denver. In early March, 2003, the Sienna Assets were professionally moved to a storage facility in the Denver area where they currently remain.

7. The Sienna facility's primary function was the research and development, manufacturing, and repair of print engines for photo processing units manufactured by the Debtor and other companies. The Sienna Assets consist primarily of equipment used in the manufacture and repair of the print engines, miscellaneous office furniture, and certain patents for software used in for print engine manufacturing and repair.

8. In early March, 2003, the Bankruptcy Estate solicited bids for the Sienna Assets by distributing a "Request For Bids", a copy of which is attached hereto as **Exhibit A**, to various prospective purchasers. The Request For Bids set a deadline of March 21, 2003, to submit a bid, however, the Trustee extended the deadline to March 28, 2003, for one prospective purchaser, Agfa Corporation ("Agfa"). Agfa, through its counsel, had requested the one week extension to review the Bid Package which was supplied to a prospective purchaser upon the payment of a $1,000 non refundable payment to the Estate. Agfa has not make a bid for the Sienna Assets.

9. As of the present date, the only bid received by the Bankruptcy Estate for the Sienna Assets is from Aver. A copy of its bid is attached hereto as **Exhibit B**.

10. The proposed sale is to be made free and clear of liens and encumbrances. Kodak claims to hold a perfected security interest in the Sienna Assets. Upon information and belief, no other creditor claims to hold a security interest in the Sienna Assets. To the extent such validly perfected lien exists, it will attach to the proceeds of the sale.

**WHEREFORE**, the Trustee requests that the Court enter an Order authorizing him to sell the Sienna Assets, as set forth herein, and for such other relief that is just and proper.

Dated: April 2, 2003

David W. Ostrander, Trustee

By: _____
David W. Ostrander, Esq., BBO #554004
Ostrander Law Office
36 Service Center Road
P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490

In re Gretag Imaging, Inc., Chapter 7 Case No. 03-40225-HJB                    Page 2

# Request for Bids
## Gretag Imaging Inc., Denver Colorado Operations (Former Sienna Imaging Inc.)

On January 13, 2003, Gretag Imaging, Inc. filed a Chapter 7 bankruptcy case with the District Of Massachusetts, Western Division. The case number is 03-40225-HJB. David W. Ostrander is the Chapter 7 Bankruptcy Trustee. The Bankruptcy Estate is offering the former Denver operations for sale as a "package" with the expectation that the successful purchaser will "restart" the business.

### Description of Operations
Gretag Denver was formerly Sienna Imaging Inc. and was purchased by Gretag in 1999. The operations prior to closure focused mainly on CRT print engine manufacturing, with the major customer being Gretag San Marco based in Pordenone Italy. Other customers include Noritsu, Agfa, and Konica primarily for repair, and upgrade of print engines.

### Form of Sale
This will be an asset sale. Bids will be accepted for the assets listed below. Bids must be in written form and presented no latter than **March 21, 2003**. Bids will be presented to the bankruptcy trustee for review. The Trustee will evaluate and present the most comprehensive and valued bid(s), to the bankruptcy court for final approval. Subsequent to bid approval a mutually agreeable purchase and sale agreement will be negotiated between the Trustee and the successful bidder.

| Assets Included | Book Value |
| --- | --- |
| Production Inventory | $1,700,000 |
| Other inventory (MRB, Service, Used, Repair, Rework) | $1,900,000 |
| Furniture and Fixtures (Estimated Value) | $200,000 |
| Mileca Production Inventory (At Holyoke) | $500,000 |
| CRT Print Engine Intellectual Property | |
| Mileca High Speed Printer Intellectual Property | |
| Crew Software Intellectual Property | |
| Legacy Customer Information | |

| Potential Revenue Sources | Range Per Annum |
| --- | --- |
| Sale of print engines to San Marco Imaging * | $3,000,000 - $5,000,000 |
| Sale of Mileca high speed printers ** | $1,000,000 - $2,000,000 |
| Repair of Print Engines | $500,000 - $1,000,000 |
| Service of Legacy CRT based products | $500,000 - $1,000,000 |

\* Need to negotiate a supply agreement with San Marco. Estimate 250 - 400 engines per year.
\*\* Estimate sales of 15 - 25 units in first year

### Current Status
The operations were closed Jan. 10, 2003 and all employees terminated. The assets have been professionally packed and moved to a storage facility under the direction of those knowledgeable in the technology to assure an efficient start up is possible

### Disclaimer
All information is estimated, and buyer must perform it's own due diligence. All assets will be purchased "as is" with no warranty or returns.

### Bid Package
To obtain a package of detailed information please forward a **non-refundable check** in the amount of **$1,000.00** payable to "David W. Ostrander, Trustee" and sent to Gretag Imaging, Inc., 361 Whitney Ave., Holyoke, MA. For further information please contact either Mark DeSimone at mark@gretagparts.com or Colin Vigdal at colin@gretagparts.com.

**EXHIBIT A**

# AVER SOFTWARE TECHNOLOGIES LIMITED

Aver House, Plot No. B/26, New Link Road,
Opp. Fame Adlabs, Andheri (W), Mumbai - 400 053, India.
Tel.: +91-22-2673 2955/56  Fax: +91-22-2673 3116  E-Mail: aver@averphoto.com

March 21, 2003

<u>To:</u>
The Trustee
David W. Ostrander, Esq.
Ostrander Law Office
36 Service Center Road
Northhampton, MA 01061-1237

<u>Subject:</u>  **Bid for Purchase of Former Sienna Imaging Assets
(Gretag Imaging Inc., Chapter 7, Case no. 03-40225-HJB)**

Dear Sir,

We, **Aver Software Technologies Ltd., Mumbai, India,** hereby submit our bid for purchase of former Sienna Imaging assets.

- Our Cash Purchase Price Offer is US$ 150,000/2
  (US Dollars One Hundred Fifty Thousand only.)
- Diligence Period required to evaluate the assets will be 2 weeks from the date of acceptance by the trustee of our bid.
- Outside Closing Date: We would like to have the deal closed by June 15, 2003.
- Contingencies: None
- Special Purchase Condition is that we assume that all the Assets and Intellectual Property Rights are as described in the bid package.

We request you to kindly keep us informed of the status of the bidding process and oblige.

Thanking you,

Yours faithfully
For Aver Software Technologies Ltd.

Ramesh Patel
Managing Director

Exhibit B



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In re:<br>GRETAG IMAGING, INC.<br><br>Debtor | Chapter 7<br><br>Case No. 03-40225-HJB |
|---|---|

### CERTIFICATE OF SERVICE

I, David W. Ostrander, do hereby certify that I served a copy of the Trustee's Motion For Order Authorizing And Approving Private Sale Of Property Of The Estate Free And Clear Of Liens And Encumbrances on the following, as well as those parties listed on the attached Service List, by first class mail, postage prepaid, except as otherwise indicated, on April 2, 2003:

Office of the U.S. Trustee
600 Main Street, Suite 200
Worcester, MA 01608
(via fax transmission only)

Philip J. Hendel, Esq.
Counsel To Debtor
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
(via fax transmission only)

Robert P. Cunningham, Esq.
Robinson Donovan Madden & Barry, P.C.
1500 Main Street, Suite 1600
P.O. Box 15609
Springfield, MA 01115-5609
(via fax transmission only)

Daniel McGuire, Esq.
Counsel to Eastman Kodak Co.
Winston & Strawn
35 West Wacker Drive, 42nd Floor
Chicago, IL 60601
(via fax transmission only)

John J. Driscoll, Esq.
Counsel To Banknorth
Resnic Beauregard Waite & Driscoll
330 Whitney Avenue, Suite 400
Holyoke, MA 01040
(via fax transmission only)

Arnold Greenhut, Esq.
Counsel To Arrow Machine, LLC
Rosen, Greenhut, Catuogno & Low
244 Bridge Street
Springfield, MA 01103
(via fax transmission only)

Charles P. Schulman, Esq.
Counsel To Siemens Financial Services, Inc.
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, Suite 2900
Chicago, IL 60606
(via fax transmission only)

Mitchell Levine, Esq.
Counsel To Citicorp Vendor Finance, Inc.
Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
(via fax transmission only)

_/s/ David W. Ostrander_
David W. Ostrander
Ostrander Law Office
P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490

## GRETAG IMAGING, INC. CHAPTER 7, CASE NO. 03-40225-HJB
## TOP 20 UNSECURED CREDITORS AND TAXING AUTHORITIES

UBS AG
P.O. Box CH-8098
Zurich, Switzerland

GRETAG IMAGING TRADING AG
Althardstrasse 70
Rengensdorf, CH-8105
Switzerland

AMERICAN STORES
15100 North 90th Street
Scotsdale, AZ 85260

GAMA DAN EQUIP
Refrema International
Industrivej 11-13
Soroe, Denmark dk-4180

PIXEL PHOTOGRAPHICS
Locked Bag 5
East Bentleigh
Victoria, Australia 3165

THOMAS ELECTRONICS, INC.
100 Riverview Drive
Wayne, NJ 07470

AMERICAN EXPRESS COMPANY
Suite 0001
Chicago, IL 60679-0001

MILLRITE MACHINE, INC.
587 Southampton Road
Westfield, MA 01085

FIORE MACHINE, INC.
P.O. Box 51972
140 Michon Street
Indian Orchard, MA 01151

LABTECH GMBH (LTG)
Rontgenstrasse 10
D-40699 Erkrath 2
Erkrath, Germany

IRS Bankruptcy Unit
Insolvency Group, Stop 20800
JFK P.O. Box 9112
Boston, MA 02203

WALGREENS
200 Wilmot Road
Deerfield, IL 60015

GRETAG SAN MARCO
Post Office Box 228
1-33170
Pordenone, Italy

GRETAG SYSTEL
30030 Olmo Di Martellago
Via Dosa 1
Venezia, Italy

AGFA-GEVAERT AG
Tegernseer Landstr. 161
81539 Muechen
Switzerland

PEMSTAR, INC.
SDS 12-1061
P.O. Box 86
Minneapolis, MN 55486-1961

KYOCERA AMERICA INC.
8611 Balboa Avenue
San Diego, CA 92123

INCOM, INC.
P.O. Box 3480
Boston, MA 02241-3480

SCHNEIDER FREIGHT USA INC.
145TH Avenue & Hook Creek
Bldg C-1 (G)
Valley Stream, NY 11581

OPTICAL COATING LABORATORY
2789 Northpoint Parkway
ATTN: Kathi Czahar
Santa Rosa, CA 95407

DYNA-FAB
P.O. Box 80
Accord Station
Hingham, MA 02018

Mass. Dept. Of Revenue
Bankruptcy Unit
P. O. Box 9484
Boston, MA 02205-9484

**GRETAG IMAGING, INC. CHAPTER 7, CASE NO. 03-40225-HJB**
**PROSPECTIVE PURCHASERS OF SIENNA ASSETS**

Mr. Anirudha Gupte
General Manager
Aver Software Technologies Ltd.
Plot No. B-26
New Link Road
Mubai 400 053, India
(via email and fax only)

Dr. Amilcare Berti
San Marco Imaging S.r.l.
Via Pontebbana, 28
I-33080 Fiume Veneto PN, Italy
(via email only: amilber@smfinance.it

Agfa Corporation
C/O Joseph Sirbak, Esq.,
Choate, Hall & Stewart
53 State Street
Boston, MA 02109-2804
(via email and fax only)

Mr. Doug Ketchum
Thomas Electronics
100 Riverview Drive
Wayne, NJ 07470
(via email only: dougk@thomaselectronics.com )

Mr. Yasunori Satake
Noritsu Corporation
Japan
(via email only: y-satake@nkc.noritsu.co.jp)

Mr. Jonathan Shenson
Counsel To Noritsu
Latham & Watkins, LLP
Los Angeles, CA
(via email only: jonathan.shenson@lw.com )

Mr. Myles Degenstein
Creo, Inc.
3700 Gilmore Way
Burnaby, British Columbia, Canada V5G 4M1
(via email only: myles.degenstein@creo.com)

Konica Corporation
C/O Brian Spector, Esq.
(via email only: bspector@selawfirm.com)

Konica Corporation
P.O. Box 1011238
Atlanta, GA 30392