# Unclaimed Funds

Entered 1/1/2015 to 4/9/2015

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 03-40225 -hjb 8872641 | ALSTON SCHOOL PHOTOGRAPHY INC 54 BRUNSWICK AVE EDISON, NJ, 08817 08817 | 2,410.24 | 04/09/2015 |
| 03-40225 -hjb 8872913 | BRENNER TECHNICAL SALES, INC. 768 CARVER AVENUE WESTWOOD, NJ 07675 07675 | 23.39 | 04/09/2015 |
| 03-40225 -hjb 8873148 | CLAROSTAT SENSORS/INVENSYS SENSOR SYSTEM 1845 57TH STREET SARASOTA, FL 34243 34243 | 2,246.24 | 04/09/2015 |
| 03-40225 -hjb 8873166 | CO PARTS COMPANY 3588 HWY 138 S.E. SUITE 245 STOCKBRIDGE, GA 30281 30281 | 34.41 | 04/09/2015 |
| 03-40225 -hjb 8873558 | DMX MUSIC 300 W. MAIN STREET NORTHBORO, MA 01532 01532 | 38.71 | 04/09/2015 |
| 03-40225 -hjb 8873659 | EMBEDDED FRAME WORKS 131 5TH ST. SOUTH EAST SUITE # 302 MINNEAPOLIS, MN 55414 55414 | 1,413.35 | 04/09/2015 |
| 03-40225 -hjb 8874167 | HARDY BRUSH MFG., INC. 1172 EAST STREET SOUTH SUFFIELD, CT 06078 06078 | 111.16 | 04/09/2015 |

| | | | |
|---|---|---|---|
| 03-40225 -hjb<br>8874601 | LABTECH GMBH ( LTG)<br>RONTGENSTRASSE 10<br>D-40699 ERKRATH 2<br>ERKRATH, GERMANY 000000<br>Germany<br>Germany | 23,749.89 | 04/09/2015 |
| 03-40225 -hjb<br>8874803 | MCBRIDE SHEET METAL<br>4920 CARR STREET<br>UNIT A<br>ARVADA, CO 80002<br>80002 | 4,954.89 | 04/09/2015 |
| 03-40225 -hjb<br>8874872 | MICROSOLUTIONS TECH INC<br>10800 E. BETHANY DR STE 350<br>AURORA, CO 80014<br>80014 | 3,109.57 | 04/09/2015 |
| 03-40225 -hjb<br>8875086 | OMNI TECH CORP.<br>BIN # 88041<br>(PAY SITE)<br>MILWAUKEE, WI. 53288<br>53288 | 7,760.46 | 04/09/2015 |
| 03-40225 -hjb<br>8875377 | PIC DESIGN CORP<br>DEPARTMENT 664<br>CINCINNATI, OH 45269<br>45269 | 690.44 | 04/09/2015 |
| 03-40225 -hjb<br>8875460 | POWERMATION<br>NW<br>P.O. Box 1450<br>Minneapolis, MN 55485<br>55485 | 525.00 | 04/09/2015 |
| 03-40225 -hjb<br>8875717 | ROSS EQUIPMENT CO. INC.<br>PO BOX 23383<br>ROCHESTER, NY 14692<br>14692 | 2,894.75 | 04/09/2015 |
| 03-40225 -hjb<br>8875928 | SOUTHWEST BUSINESS FORMS<br>PO BOX 2258<br>FALLBROOK, CA 92088<br>92088 | 120.25 | 04/09/2015 |

| Case | Party | Amount | Date |
|---|---|---:|---|
| Case 03-40225 Doc 1363 Filed 04/09/15 Entered 04/09/15 13:13:30 Desc Main Document Page 3 of 3 | | | |
| [03-40225 -hjb](#) 8876104 | TECHNICAL MOLDED PLASTICS DEPT 4012 PO BOX 34936 SEATTLE, WA 98124 98124 | 159.28 | 04/09/2015 |
| [03-40225 -hjb](#) 8876225 | TREBLA 8417 CHAPIN INDUSTRIAL DR ST. LOUIS, MO 63114 63114 | 424.13 | 04/09/2015 |
| [03-40225 -hjb](#) 14907914 | U.S. EXPRESS, INC. P.O. BOX 301000 J.F.K. INT L AIRPORT JAMAICA, NY 11430 11430 | 1,677.03 | 04/09/2015 |
| [03-40225 -hjb](#) 8876335 | USF RED STAR PO BOX 13458 NEWARK, NJ 07188 07188 | 54.03 | 04/09/2015 |
| [03-40225 -hjb](#) 8876343 | VALENITE 1464 SOLUTIONS CENTER CHICAGO, IL 60677 60677 | 1,033.27 | 04/09/2015 |
| [03-40225 -hjb](#) 8876505 | WOODS NETWORK SERVICES 1810 NEW BRITAIN AVENUE FARMINGTON, CT 06032 06032 | 245.19 | 04/09/2015 |

**Grand Total: 53,675.68**